UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LETTY BROOKER, | |
| Plaintiff, | Case No. 5:05-CV-350 (WDO) |
| vs. | |
| WESTERN EXPRESS, CONTINENTAL CASUALTY COMPANY and JOSEPH FLETCHER, | |
| Defendants. | |

## NOTICE OF REMOVAL

TO: Clerk, United States District Court
For the Middle District of Georgia
Macon Division

Jarome E. Gautreaux, Esq.

J. Michael Cranford, Sr., Esq.

**YOU ARE HEREBY** notified that Western Express, Inc., Continental Casualty Company and Joseph Fletcher, Defendants in the case styled, Letty Brooker v. Western Express, Inc., Continental Casualty Company and Joseph Fletcher, Superior Court of Bibb County, State of Georgia, denominated as Civil Action No. 05-CV-30815, pursuant to 28 U.S.C. § 1332, 1441 and 1446, and Federal Rule of Civil Procedure 11, timely files this Notice of Removal together with a filing fee and a copy of process and pleadings served upon served said Defendants in said case.

**YOU ARE FURTHER** notified that the Defendants have also filed a Notice of Removal with the Clerk of the Superior Court of Bibb County, State of Georgia, in the Civil Action File Number herein referenced.

In support of this notice, the Defendants show this Honorable Court the following:

1.

The matter in controversy is one in which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332. The Defendants are residents of the States of Tennessee, Illinois and Alabama. Upon information and belief, the matter in controversy is alleged to be greater than $75,000.00, exclusive of interest and costs, and is between citizens of different states.

2.

Western Express, Inc. is a corporation incorporated under the laws of Tennessee, with its principle place of business in Nashville, Tennessee.

3.

Continental Casualty Company is a corporation incorporated under the laws of the State of Illinois with its principle place of business in Chicago, Illinois.

4.

Defendant, Joseph Fletcher, is currently a resident of the State of Alabama and was a resident of Alabama at the time of the incident in question.

5.

This petition is filed within 30 days after receipt by Defendants through service or otherwise of the Complaint, setting forth the claim for relief upon which that action is based in said Civil Action is sought to be removed to this Court pursuant to the provisions of 28 U.S.C. § § 1441, et. seq.

6.

True and correct copy of all pleadings served upon the Defendants in said Civil Action are hereto as Exhibit "A".

7.

Defendants file and present cost of $250.00 in lieu of Bond to pay all costs and disbursements incurred by reason of these removal proceedings should it be determined that this case was not removable or was improperly removed.

**WHEREFORE**, Western Express, Inc., Continental Casualty Company and Joseph Fletcher pray that this Notice be filed, that the entire action referred to herein above be removed to and proceed in the United States District Court, Middle District of Georgia, Macon Division, and no further proceedings be held in said case in the Superior Court of Bibb County, State of Georgia, and that the Defendants have such other and further relief as the Court deems just and proper in the circumstances.

This 21st day of September, 2005.

Respectfully submitted,

**HALL, BOOTH, SMITH & SLOVER, P.C.**

_____
STEVEN D. PRELUTSKY
Attorney for Defendants
Georgia Bar No. 586760

1180 West Peachtree Street, N.W.
Atlantic Center Plaza, Suite 900
Atlanta, Georgia 30309-3479
Phone: (404) 954-5000

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LETTY BROOKER,<br><br>    Plaintiff,<br><br>vs.<br><br>WESTERN EXPRESS,<br>CONTINENTAL CASUALTY COMPANY and<br>JOSEPH FLETCHER,<br><br>    Defendants. | Case No.: _____ |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties with a copy of the within and foregoing **NOTICE OF REMOVAL** by depositing a copy of same in the United States Mail with adequate postage affixed thereon to ensure delivery, in an envelope addressed as follows:

Jarome E. Gautreaux, Esq.
O'Neal, Brown & Clark, P.C.
544 Mulberry Street, Suite 1001
Macon, Georgia 31201-2774

J. Michael Cranford, Sr., Esq.
O'Neal, Brown & Clark, P.C.
913 Washington Avenue
Macon, Georgia 31201

This \_\_\_\_\_ day of September, 2005.

HALL, BOOTH, SMITH & SLOVER, P.C.

_____
STEVEN D. PRELUTSKY
Georgia Bar No. 586760

1180 West Peachtree Street, N.W.
Atlantic Center Plaza, Suite 900
Atlanta, Georgia 30309-3479
Phone: (404) 954-5000

681919.1

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
LETTY BROOKER

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

## DEFENDANTS
WESTERN EXPRESS, INC., CONTINENTAL CASUALTY COMPANY and JOSEPH FLETCHER

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury - Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability / 365 Personal Injury - Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability / **PERSONAL PROPERTY** / 370 Other Fraud | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | [X] 350 Motor Vehicle / 371 Truth in Lending | 690 Other | | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | 810 Selective Service |
| 190 Other Contract | 360 Other Personal Injury / 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Securities/Commodities/Exchange |
| 195 Contract Product Liability | | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | | 730 Labor/Mgmt.Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | 740 Railway Labor Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 441 Voting / 510 Motions to Vacate Sentence | 790 Other Labor Litigation | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 220 Foreclosure | 442 Employment | 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations / **Habeas Corpus:** 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 894 Energy Allocation Act |
| 240 Torts to Land | 444 Welfare / 535 Death Penalty | | 871 IRS—Third Party 26 USC 7609 | 895 Freedom of Information Act |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 540 Mandamus & Other | | | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / 550 Civil Rights | | | 950 Constitutionality of State Statutes |
| | 440 Other Civil Rights / 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332, 1441 and 1446
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER 5:05-CV-350

DATE 09/21/05
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 520196  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____