SUMMONS          SC-85-1          Clyde Castleberry Co., Covington, GA. 30015

IN THE SUPERIOR/STATE COURT OF __Bibb__ COUNTY

STATE OF GEORGIA

__Letty Brooker__

CIVIL ACTION NUMBER __05-CV-30815__

PLAINTIFF

VS.

__Western Express, Inc,__
__Continental Casualty Company,__
__and Joseph Fletcher__

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: CT Corporation, registered agent for Continental Casualty Company, 1201 Peachtree Street, NE Atlanta, GA 30361

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Jaronic E. Gautreaux
O'Neal, Brown + Kirk P.C.
544 Mulberry Street, Suite 1001
Macon, GA 31201

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This __25th__ day of __August__, 20__05__.

Defendant is also being served with:
1) Interrogatories
2) Request for production of Documents
3) Order Authorizing Deposition

Clerk of Superior/State Court

BY __Regina Baker__
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.