IN THE SUPERIOR COURT OF BIBB COUNTY
STATE OF GEORGIA

FILED
CLERK'S OFFICE
AUG 25 2005
SUPERIOR COURT OF
BIBB COUNTY GEORGIA

| | |
|---|---|
| LETTY BROOKER<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN EXPRESS, INC., CONTINENTAL CASUALTY COMPANY, and JOSEPH FLETCHER<br><br>Defendant. | CIVIL ACTION NO.<br><br>05CV30815<br><br>JURY TRIAL DEMANDED<br><br>**SIZEMORE** |

## COMPLAINT FOR DAMAGES

COMES NOW plaintiff, Letty Brooker, and files this her Complaint for Damages against Defendants Joseph Fletcher, Western Express, Inc., and Continental Casualty Company, respectfully showing the following:

### JURISDICTION AND VENUE

1.

The Defendant, Western Express, Inc. is a motor common carrier operating at all relevant times under U.S. D.O.T. Number 511412. Defendant Western Express, Inc is a foreign corporation with a registered agent in the State of Georgia to wit: Bruce E. Mitchell, Mitchell & Associates, 3390 Peachtree Road, Suite 520, Atlanta, Georgia.

2.

Additionally, Defendant Western Express may be served by serving its registered agent in the State of Tennessee, Roland M. Lowell, 19th Floor, 1st American Center, Nashville, Tennessee 37238. Defendant Western Express, Inc. is subject to jurisdiction and venue in the Superior Court of Bibb County, Georgia.

3.

At all relevant times, Defendant Continental Casualty Company had in full force and effect a policy of motor vehicle liability insurance, which policy was for the protection of the general public against injury proximately caused by the negligent operation of tractor trailer vehicles by agents and employees of the defendant motor common carrier, Western Express, Inc.; and, Defendant Continental Casualty Company having provided said policy as direct obligation insurance, is liable to suit in this case in the Superior Court of Bibb County, Georgia, in accordance with O.C.G.A. § 46-7-12. Said defendant may be served by serving its registered agent, CT Corporation, 1201 Peachtree Street, N.E., Atlanta, Georgia.

4.

The Defendant, Joseph S. Fletcher, is a citizen and resident of the State of Alabama. He may be served pursuant to applicable law, including O.C.G.A. § 9-10-91, et seq., at 5520 Frankfurt Road, Tuscumbia, Alabama, or at 22277 Al Highway 101, Lot 17, Town Creek Alabama, or wherever he may be found. Said defendant is subject to jurisdiction and venue in this court.

5.

By virtue of the aforesaid and the joint and several liability of the defendants, venue is properly laid in the Superior Court of Bibb County, Georgia.

GENERAL ALLEGATIONS

6.

By virtue of the facts alleged herein, Defendants have injured and damaged Plaintiff in an amount to be determined by the enlightened consciences of impartial jurors.

7.

Broadway Street is a multi-lane roadway that runs generally in a north-south direction through Bibb County, Georgia.

2

8.

Guy Paine Road is a multi-lane roadway that runs generally in an east-west direction through Bibb County, Georgia.

9.

Guy Paine Road intersects Broadway Street at one point in Bibb County, Georgia.

10.

On September 22, 2003, at approximately 3:02 a.m., Plaintiff Letty Brooker was traveling in a southerly direction on Broadway Street approaching the intersection of Broadway Street and Guy Paine Road.

11.

At that same time, Defendant Joseph Fletcher was operating a 2000 Freightliner tractor-trailer in an easterly direction on Guy Paine Road approaching the intersection of Broadway Street and Guy Paine Road.

12.

At that same time, the traffic light at the intersection of Guy Paine Road and Broadway Street directed drivers traveling in an easterly direction on Guy Paine Road, including Defendant Joseph Fletcher, to stop, by virtue of being red for traffic traveling east on Guy Paine Road.

13.

At said time and place, Defendant Joseph Fletcher, while operating his tractor-trailer vehicle in the scope of his employment and agency for Defendant Western Express, Inc., disregarded the stop light directing him to stop at the intersection on Guy Paine Road and Broadway Street and drove his tractor-trailer into and through said intersection.

3

14.

At said time and place, Defendant Joseph Fletcher had an unobstructed sight line to his right and his left.

15.

At all relevant times, Plaintiff Letty Brooker had the lawful right of way at the intersection of Broadway Street and Guy Paine Road.

16.

As a result of Defendant Joseph Fletcher's disobedience of the red traffic control signal light directing him to stop, and his negligent and illegal travel into the intersection of Guy Paine Road and Broadway Street, Plaintiff Letty Brooker was forced to attempt to avoid the tractor trailer vehicle operated by Defendant Joseph Fletcher, causing her to crash her motorcycle and suffer personal injuries.

## COUNT ONE

## PERSONAL INJURY

17.

Paragraphs 1-16 are incorporated herein as if fully set forth verbatim.

18.

As a result of said wreck, Plaintiff Letty Brooker suffered personal injuries, including an injury to her shoulder area. Her medical bills to date total approximately $11,895.00, including the following:

| | |
|---|---|
| Medical Center of Central Georgia | $4,324.00 |
| Open MRI of Macon | $1,850.00 |
| Ocmulgee Medical Pathology | $231.00 |
| David Reise, D.C. | $5,490.00 |
| Total | $11,895.00 |

4

19.

As a result of said wreck, Plaintiff Letty Brooker suffered physical and mental pain, and as far as she now knows, will continue to suffer from said injuries and said pain.

20.

A proximate cause of the injuries and damages sustained by Plaintiff Letty Brooker was the negligence of Defendant Joseph Fletcher, while acting in the scope of his employment and agency for Defendant Western Express, Inc. and for which all defendants are jointly and severally liable as a matter of law; and said defendant was negligent in the following several particulars:

a) In failing to keep a proper lookout in the direction in which he was traveling;

b) In failing to have the tractor-trailer vehicle under control at the time and place in question;

c) In failing to stop the tractor-trailer vehicle in accordance with traffic control devices in place at the time and place in question;

d) In failing to obey all traffic control devices at such time and place, such conduct being in violation of a valid, existing statute of the State of Georgia, to wit: O.C.G.A.§ 40-6-20, which constitutes negligence per se.

## COUNT TWO

### PUNITIVE DAMAGES

21.

Paragraphs 1-20 are incorporated herein as if fully set forth verbatim.

22.

Defendant Joseph Fletcher, while acting as an agent or employee of Defendant Western Express, Inc. with knowledge of his conduct in negligently and recklessly disregarding the traffic control signal and causing injury to plaintiff, failed to stop his tractor-trailer vehicle at the scene of

5

the wreck, and attempted to flee the scene of the wreck, only stopping after being pursued by witnesses.

23.

Some of the conduct and actions of Defendant Fletcher, for whose conduct Defendant Western Express, Inc. and Continental Casualty Company are liable, constituted willful misconduct, malice, fraud, wantonness, oppression, and/or an entire want of care raising a presumption of conscious indifference to consequences on the part of defendants.

24.

In order to punish and deter defendants from committing wrongful conduct of the type described herein in the future, punitive damages should be awarded against them in favor of Plaintiff in an amount to be determined by the enlightened conscience of an impartial jury.

WHEREFORE, Plaintiff prays the issuance and service of summons in terms of law; that she have trial by jury; that she have a judgment against Defendants in an amount to be determined by the enlightened conscious of an impartial jury, and such further relief as may be deemed just and proper, together with costs of this action.

O'NEAL, BROWN & CLARK, P.C.
BY:

Jerome E. Gautreaux
State Bar No. 297336

544 Mulberry Street, Suite 1001
Macon, GA 31201-2774
478/742-8981

J. MICHAEL CRANFORD, SR.
Attorney at Law

Michael Cranford, Sr.
State Bar No. 193315

913 Washington Avenue
Macon, GA 31201
478/746-0704

ATTORNEYS FOR PLAINTIFF

## Please Serve Defendants As Follows:

Joseph Fletcher by serving him personally at:
5520 Frankfurt Road
Tuscumbia, Alabama  35674
    *OR*
Joseph Fletcher
22277 Al Highway 101
Lot 17
Town Creek, Alabama  35672
    *OR*
wherever he may be found

Western Express, Inc. by serving its registered agent for service of process in the State of Georgia:
Bruce E. Mitchell
Mitchell & Associates
3390 Peachtree Road
Lenox Towers South, Suite 520
Atlanta, Georgia  30326
  *AND*
Western Express, Inc. by serving its registered agent for service of process in the State of Tennessee:
Roland M. Lowell
19th Floor, 1st American Center
Nashville, TN  37238

Continental Casualty Company by serving its registered agent for service of process:
CT Corporation
1201 Peachtree Street, N.E.
Atlanta, Georgia  30361