**J. MICHAEL CRANFORD**
*ATTORNEY AT LAW*

*Location:*
913 Washington Avenue
Macon, Georgia 31201
(478) 746-0704

*Reply To:*
Post Office Box 3324
Macon, Georgia 31205
Fax (478) 746-0927

November 2, 2004

Via Certified Mail / Return Receipt No. 7003 1680 0002 0777 9658

Mr. Anthony Kounalis
CNA ClaimsPlus
PO Box 17910
Denver, CO 80217

|    |    |    |
|----|----|----|
| RE: | Claim Number: | TR701034 |
|     | Date of Loss: | 9/22/2003 |
|     | Your Insured: | Western Express & Joseph S. Fletcher |
|     | My Client: | Letty K. Brooker |

Dear Mr. Kounalis:

    I am writing this letter for the purposes of submitting a written demand pursuant to O.C.G.A. §51-12-14. As you may know this code section authorizes a plaintiff to make a written demand by registered or certified mail for unliquidated damages, and if within thirty (30) days from the mailing of that notice, no payment has been made, then the plaintiff is entitled to interest at the rate of twelve (12) percent on all sums recovered, assuming that the eventual judgment is in an amount not less than the sum demanded. Please accept this as notice of the plaintiff's willingness to settle her claims for the amount of $50,599.35.

    As noted above, this offer and notice is made pursuant to O.C.G.A. Section 51-12-14 and will remain open for a period of thirty (30) days from the mailing of said notice in accordance with the terms of said statute.

    I have enclosed for your consideration copies of all medical records and bills received to date, along with an additional copy of the accident report.

    My in-depth investigation into this matter has revealed that liability is not an issue in this matter. Your insured, Mr. Fletcher, failed to stop at a red light.



PLAINTIFF'S EXHIBIT
A