## STATE COURT OF BIBB COUNTY
## CIVIL JURY VERDICT REPORT

PLAINTIFF:  Faye Reese Hall as Executrix of the Estate of Lillian Califf

DEFENDANT:  Carolyn Tidwell

CASE NUMBER:  48978

JUDGE:  William P. Adams

TYPE OF CASE:  Motor Vehicle Collision - March 28, 1999

VERDICT:  Plaintiff - $5,000

TRIAL DATE:  October 3, 2005

CLAIMED MEDICAL EXPENSES:  $5,033.85

INSURANCE CARRIER(S):  Alfa Insurance Co.

LAST PRETRIAL OFFER/DEMAND:  $4,500/$78,000

PLAINTIFF'S ATTORNEY:  Angela Donaldson and Victoria Watkins

DEFENDANT'S ATTORNEY:  John Carey

OTHER INFORMATION:

    Defendant admitted she made an improper right turn resulting in a collision with another car. The driver of the other car was also a named defendant but was granted a directed verdict at the conclusion of the Plaintiff's case. Ms. Califf, age 86, was a passenger in the car driven by Defendant and sustained injuries as a result of the collision. She was in pretty good health at the time of the collision but later had to go into a nursing home following a fall and deterioration in her condition. The issue for the jury was to what extent the motor vehicle collision caused the deterioration in Ms. Califf's health. Plaintiff had sought recovery for nursing home expenses of $97,390.28, but these were excluded by the Court at the conclusion of Plaintiff's case. Plaintiff's case consisted of the cross examination of the two defendants, her own testimony, the testimony of her daughter, the deposition testimony of the emergency room physician by reading of his deposition, and two medical narratives from doctors who had seen Ms. Califf at different times. The defense presented no evidence.



PLAINTIFF'S EXHIBIT B