## STATE COURT OF BIBB COUNTY
## CIVIL JURY VERDICT REPORT

PLAINTIFF: Nicole Foster

DEFENDANT: Rachel Riner

CASE NUMBER: 56191

JUDGE: William P. Adams

TYPE OF CASE: Motor Vehicle Collision - October 2, 2003

VERDICT: Plaintiff - $8,000

TRIAL DATE: August 17, 2005

CLAIMED MEDICAL EXPENSES: $4,214.60

CLAIMED LOST WAGES: $1,577.60

INSURANCE CARRIER(S): Allstate Insurance Co.

LAST PRETRIAL OFFER/DEMAND: $7,500/$12,000

PLAINTIFF'S ATTORNEY: Zack Dozier

DEFENDANT'S ATTORNEY: Sonja Profit

OTHER INFORMATION:

    Defendant rear ended Plaintiff's vehicle as they drove on Newberg Avenue near Pio Nono Avenue. Plaintiff testified that a school bus was approaching her and slowing down to come to a stop. Although the school bus did not have any red flashing lights or the stop sign put out, Plaintiff testified she came to a stop and did so in a normal fashion. Defendant testified she was unable to stop without hitting the rear of Plaintiff's car, which Defendant testified stopped suddenly. Plaintiff was taken by ambulance to the Medical Center of Central Georgia Emergency Room where she was checked out and released. She then was treated by a chiropractor. Plaintiff's case consisted of the testimony of the investigating officer, her own testimony, and the live testimony of her treating chiropractor, Dr. James Messing. Plaintiff also called the Defendant for cross examination. The defense presented no evidence.



http://www.co.bibb.ga.us/statecourtclerk/civil/Documents/56191.htm     10/24/2005