## STATE COURT OF BIBB COUNTY
## CIVIL JURY VERDICT REPORT

| | |
|---|---|
| PLAINTIFF: | Rhenda Glover |
| DEFENDANT: | Braswell E. Collins, Jr. |
| CASE NUMBER: | 54668 |
| JUDGE: | William P. Adams |
| TYPE OF CASE: | Slip and Fall - January 18, 2003 |
| VERDICT: | Plaintiff - $25,000 |
| TRIAL DATE: | August 8, 2005 |
| CLAIMED MEDICAL EXPENSES: | $9,475.05 |
| CLAIMED LOST WAGES: | $2,600 |
| INSURANCE CARRIER(S): | Auto Owners Insurance Company |
| LAST PRETRIAL OFFER/DEMAND: | $10,000/$200,000 |
| PLAINTIFF'S ATTORNEY: | John D. Carey |
| DEFENDANT'S ATTORNEY: | Kevin Wangerin |

OTHER INFORMATION:

Plaintiff went to Defendant's home as a social guest (licensee) at about 9:00 p.m. on a very cold night in January. They had talked on the telephone and Defendant was expecting Plaintiff's arrival. Plaintiff and Defendant had been dating for over one year. When Plaintiff could not get Defendant to come to the carport door, she started to walk through the backyard towards the french doors as she testified she had done on other occasions. There was minimal lighting in the area, and Plaintiff hit a patch of ice that caused her to fall and break her ankle. When she tried to get up, she fell again and broke her wrist. The ice resulted from a leaky faucet which Defendant had damaged several weeks earlier and had attempted to repair but some spray continued to come from the faucet. Plaintiff denied having any knowledge at all about a leaky faucet and the risk of ice in the backyard on this occasion. The Court of Appeals had earlier ruled that material factual disputes existed in the case. 273 Ga. App. 352. Plaintiff's case consisted of the Defendant's testimony on cross-examination, her own testimony, the testimony of Dr. Timothy Stapleton by reading of his deposition and the testimony of her daughter. Defendant testified in his own behalf.

*PLAINTIFF'S EXHIBIT P*