## STATE COURT OF BIBB COUNTY
## CIVIL JURY VERDICT REPORT

PLAINTIFF:             Donanne Swartz and Joseph Swartz

DEFENDANT:             Walter Stanley Sorrells

CASE NUMBER:           53170

JUDGE:                 William P. Adams

TYPE OF CASE:          Motor Vehicle Collision - April 17, 2001

VERDICT:               Plaintiff - Donanne Swartz for $50,000
                       Plaintiff - Joseph Swartz for $0

TRIAL DATE:            June 9, 2005

CLAIMED MEDICAL EXPENSES:     Donanne Swartz - $19,457.51

INSURANCE CARRIER(S):         Geico, (Defendant's Liability Company), State Farm
                              (Plaintiffs' UM Company)

LAST PRETRIAL OFFER/DEMAND:   Geico had already paid its $25,000 of liability


PLAINTIFF'S EXHIBIT
E