## STATE COURT OF BIBB COUNTY
## CIVIL JURY VERDICT REPORT

PLAINTIFFS: Kenyatta Howard, individually and as next of kin of Zion Howard, a minor child

DEFENDANT: Allegra Mickels

CASE NUMBER: 57171

JUDGE: William P. Adams

TYPE OF CASE: Motor Vehicle Collision - July 1, 2004

VERDICT: Kenyatta Howard, individually: $5,313.50
Kenyatta Howard, on behalf of her child, Zion Howard: $500.00

TRIAL DATE: March 21, 2005

CLAIMED MEDICAL EXPENSES: Kenyatta Howard - $4,999.00
Zion Howard - $916.00

CLAIMED LOST WAGES: $616.00

CLAIMED LOSS OF USE OF VEHICLE: $627.00

INSURANCE CARRIER: Allstate Insurance Co.

LAST PRETRIAL OFFER/DEMAND: $8,500/$12,000

PLAINTIFFS' ATTORNEY: Reza Sedghi

DEFENDANT'S ATTORNEY: Sonja Profit

OTHER INFORMATION:

Defendant admitted liability for a collision between her vehicle and Plaintiffs' vehicle, which took place on July 1, 2004, on Cochran Field Road near Walden Road. The only issue for the jury was damages. Kenyatta Howard was the driver of her vehicle, and she was taken by ambulance to the emergency room at the Medical Center of Central Georgia, along with her infant daughter, Zion. Both were discharged from the emergency room. Kenyatta Howard followed up one week later with Dr. Ray Brant, a chiropractor, and treated with him for about six weeks. Kenyatta Howard testified she missed eleven days of work as a result of her injuries from this collision. Plaintiffs' case consisted of the testimony of the investigating officer, her mother, and herself. Defendant testified briefly about the accident.

PLAINTIFF'S EXHIBIT F

$20,000

PLAINTIFF'S ATTORNEY:       Marc Treadwell and Sam Hart, Jr.

DEFENDANT'S ATTORNEY:   J. C. Daniel and Chris Wolfe

OTHER INFORMATION:

      The vehicles driven by Mrs. Swartz and Defendant collided as they each proceeded out Vineville Avenue. Mrs. Swartz was in the center lane which had the green arrow and was traveling along side Defendant. Mrs. Swartz contended Defendant moved into her lane and caused the collision. Defendant did not recall how the event occurred but did not dispute Plaintiff's version. Mrs. Swartz was later diagnosed with multidirectional instability in her left shoulder, which eventually resulted in surgery. The surgery was not successful, and Mrs. Swartz testified her condition was permanent. Mr. Swartz had a claim for loss of consortium. The Plaintiffs' case consisted of their testimony as well as the testimony of Dr. Paul Jarrett by video tape; the investigating officer, John Sorrow; eye witness Michael Brothers, by reading of his deposition; a friend who was a before and after witness; and Mrs. Swartz's mother, who was a passenger in the car at the time of the event. Defendant testified in his own behalf. The real dispute in the case was whether the shoulder injury was caused by this accident.