# STATE COURT OF BIBB COUNTY

## CIVIL JURY VERDICT REPORT

PLAINTIFF: Diana Lynn Kennedy

DEFENDANT: Sarah Beck Hardy

CASE NUMBER: 51667

JUDGE: William P. Adams

TYPE OF CASE: Motor Vehicle Collision - April 26, 2000

VERDICT: Plaintiff - $25,000

TRIAL DATE: December 6-7, 2004

CLAIMED MEDICAL EXPENSES: $48,742.25

INSURANCE CARRIER(S): State Farm Mutual Automobile Insurance Co.

LAST PRETRIAL OFFER/DEMAND: $4,500/150,000

PLAINTIFF'S ATTORNEYS: J. A. Powell, Jr. and Samuel C. Rumph, III



PLAINTIFF'S EXHIBIT 6

http://www.co.bibb.ga.us/statecourtclerk/civil/Documents/51667.htm                    10/24/2005

DEFENDANT'S ATTORNEY: Cubbedge Snow III

OTHER INFORMATION:

Plaintiff's vehicle was hit from the rear by Defendant as each of them were preparing to turn right onto Houston Road from Hartley Bridge Road. From the scene of the accident, Plaintiff was taken by her husband to her family physician, whose office was nearby. Plaintiff initially complained only of injuries to her wrist and knee. Later, she sought medical attention for problems with her neck which resulted in disc fusion surgery by Dr. Kim Johnston and Dr. Robert Thornsberry in October, 2000. Defendant disputed causation and was able to show that Plaintiff had a history of problems with her neck including treatment by Dr. Norman Smith in the early 1990's. In addition, Plaintiff had been in a more severe motor vehicle collision in February, 1999. Plaintiff's case consisted of her own testimony as well as the testimony of her husband, her sister, and the deposition testimony of Dr. Frank Bixler and Dr. Robert Thornsberry. Plaintiff also read a medical narrative from Dr. Kim Johnston. Defendant's case consisted of the deposition testimony of Dr. Norman Smith and the testimony of Defendant.