**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **JOY R. WEBSTER, AS TRUSTEE,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:05-CV-350 (WDO) |
| **WESTERN EXPRESS, INC., et al.,** | : | |
| **Defendants** | : | |

**ORDER**

Plaintiff Letty Brooker filed this case alleging that Defendant Joseph Fletcher, a former employee of Defendant Western Express, ran a red light and caused the wreck that is the subject matter of this litigation. Plaintiff Joy Webster was later substituted as the proper Plaintiff since Plaintiff Booker is currently involved in a bankruptcy court proceeding. This case is now before the Court on Plaintiff's motion to compel the following from Defendants: (1) the identity of the person who terminated Defendant Fletcher; (2) a statement allegedly given by Fletcher to someone at Western Express following the accident; and (3) the tractor-trailer's satellite tracking records. In Defendants' response to the Motion to Compel, Defendants stated that to the best of everyone's recollection the individual who terminated Fletcher was a Mr. Ed Dildine who is no longer with Western Express. Defendants contend that no statement by Fletcher exists in any of Western Express' records and that any documents that pertain to this lawsuit have been turned over to Plaintiff. Finally, Defendants contend that the tractor-trailer's tracking records have not existed since

1

the beginning of this lawsuit. Plaintiff did not file a reply to Defendants' response and the Court must therefore assume the Motion to Compel is now moot. Accordingly, the Motion to Compel is DENIED AS MOOT.

**SO ORDERED this 5th day of December, 2006.**

**S/**
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**