# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| JOY WEBSTER, as Trustee, | : | |
| Plaintiff | : | |
| v. | : | 5:05-CV-350 (WDO) |
| WESTERN EXPRESS, INC., et al, | : | |
| Defendants | : | |

## ORDER

This matter is before the Court on Plaintiff's motion to strike Defendants' expert. Plaintiff contends Defendants designated said expert outside the appropriate discovery period. However, a review of the docket reveals the parties sought, and the Court approved, several extensions of discovery with no limitations regarding whether the extension pertained to expert disclosures, interrogatories, etc. Because the discovery period has not yet closed, Plaintiff will suffer no prejudice by Defendants' designation of the expert. Defendants' expert will be allowed and Plaintiff will be permitted to depose said expert within the time allotted for discovery. Finally, Defendant is hereby ordered to provide the appropriate expert report to the Court and the Plaintiff.

**SO ORDERED this 3rd day of January, 2007.**

s/
**WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**